Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AILENE SABRINA BROYLES,<br><br>         Plaintiff(s),<br><br>    v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>         Defendant(s). | CASE NO. C16-775RAJ<br><br>ORDER OF DISMISSAL |

THE COURT having been notified of the settlement of this matter and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice as to Plaintiff Broyles and without prejudice as to the putative class, and with each party bearing its own costs and attorneys' fees.

In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within 45 days of the date of this order. All deadlines set forth in the Court's Revised Scheduling Order (Dkt. #31) are hereby STRICKEN.

DATED this 23rd day of January, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1